# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 502 MAL 2021

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

RODNEY CARROLL, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.